**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RODNEY JOSEPH HAAG                                                                    PETITIONER
ADC #141760

v.                                      5:10-cv-00370-JMM-JJV

RAY HOBBS, Director,                                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. A certificate of appealability is DENIED.

DATED this 24th day of March, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE